UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LONE STAR CALF RANCH LP, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) 1:16-cv-00152-RLY-MJD |
| BRIAN D. JONES, | ) ) ) |
| Defendant. | ) |

**FINAL JUDGMENT**

Consistent with the Entry issued this day, the court now enters final judgment in favor of Plaintiff, Lone Star Calf Ranch LP and against Defendant, Brian D. Jones.

**SO ORDERED** this 4th day of April 2016.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.

Distributed via U.S. Mail:

Brian D. Jones
11746 Bennington Pike
Vevay, IN 47043